IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 1 8 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-CV-02015

PEOPLE OF THE STATE OF TEXAS,

    Plaintiff,

v.

WARREN JEFFS,

    Defendant.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DISMISSING THE ACTION

Arthur J. Griffin has submitted to the Court *pro se* on September 5, 2008, a "Motion for Discovery of Exculpatory Information Charge: Polygamist" and a "Motion to Amend and Update Information DPD: #0262518." Mr. Griffin does not name himself as a party in the motions he has submitted to the Court. Instead, Mr. Griffin wants the Court to consider these motions on behalf of Warren Jeffs, who apparently is a Defendant in a criminal case in the State of Texas. The Clerk of the Court will be directed to commence a civil action. However, the motions will be denied and the action will be dismissed because Mr. Griffin may not file any motions or other papers in this Court on behalf of a party in another action, particularly another action that is not pending in this Court. Accordingly, it is

ORDERED that the clerk of the Court commence this civil action. It is

FURTHER ORDERED that the "Motion for Discovery of Exculpatory Information Charge: Polygamist" and the "Motion to Amend and Update Information DPD: #0262518" are denied. It is

FURTHER ORDERED that the action is dismissed.

DATED at Denver, Colorado, this 17 day of Sept, 2008.

BY THE COURT:

*[signature]*

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. '08-CV-02015

Arthur J. Griffin
Prisoner No. 0262518
Prisoner No. 1602397
Denver Sheriff's Department
10500 Smith Road
Denver, CO 80239

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 9/18/08

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk